UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

INTERGLOBO CUSTOMS BROKER, INC., and    :
INTERGLOBO S.R.L.,                       :
                                         :
                                         :    No. 18-cv-6560
                    Plaintiffs,          :
        -against-                        :    **NOTICE OF DISMISSAL**
                                         :    **WITHOUT PREJUDICE**
GRANITI VICENTIA LLC,                    :
                                         :
                    Defendant.           :
                                         :

-------------------------------------------------------------------x

Plaintiffs, by counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil

Procedure, voluntarily dismiss the above action, without prejudice, and file this notice of

dismissal with the Clerk of the above-entitled court.  Defendant has not appeared in this

action.

Dated:      New York, New York        MOSES & SINGER LLP
            July 31, 2018
                                      By: _John Baranello_____
                                          John Baranello

                                      The Chrysler Building
                                      405 Lexington Avenue
                                      New York, New York 10174-1299
                                      Telephone:  (212) 554-7863
                                      E-mail:  jbaranello@mosessinger.com
                                      Facsimile:  (212) 377-6064
                                      *Attorneys for Plaintiffs*

4035141v1 017697.0127